UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

- against -

KEVIN CARDONA,

                        Defendant.
------------------------------------------------------------X

**NOTICE OF APPEARANCE**

11 Cr. 857 (WFK)

**PLEASE TAKE NOTICE,** that I, Eric Franz, hereby assume representation of the defendant Kevin Cardona. I was admitted to practice in the Eastern District of New York on April 22, 1999.

Dated: New York, New York
       June 11, 2012

Respectfully submitted,

____/s/ Eric Franz_____
Eric Franz, Esq.
Law Offices of Eric Franz, P.L.L.C.
747 Third Avenue, 20th Floor
New York, New York 10017
P (212) 355-2200
F (212) 937-2217

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x

UNITED STATES OF AMERICA,

       - against -                                              11 Cr. 857 (WFK)

KEVIN CARDONA,                                 **SUBSTITUTION OF COUNSEL**

                      Defendant.

---------------------------------------------------------x

       PLEASE TAKE NOTICE that the undersigned, Eric Franz, Esq., hereby assumes representation of the defendant, Kevin Cardona.


Dated: June 7, 2012
       Brooklyn, New York

*/s/ Eric Franz*
Eric Franz, Esq.
Law Offices of Eric Franz, P.L.L.C.
747 Third Ave., 20th Floor
New York, New York 10017
(212) 355-2200

*/s/ Kevin Cardona*
Kevin Cardona

Withdrawing Attorney:

*/s/ Susan Gail Kellman*
Susan Gail Kellman
25 Eigth Ave.
Brooklyn, New York 11217
(718) 783-8200